IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                              CRIMINAL 10-325CCC

1) ABRAHAM SANCHEZ-CUPRILL
**2) ABRAHAM GONZALEZ-SANCHEZ**
3) DAVID MALDONADO-ROSADO

Defendants

## ORDER

Having considered the Report and Recommendation filed on September 27, 2012 (**docket entry 253**) on a Rule 11 proceeding of defendant Abraham González-Sánchez (2) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on September 20, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 20, 2012. The **sentencing hearing is set for December 20, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 24, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge